UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELODIE BITTE**                                              CIVIL ACTION

versus                                                         No. 07-9273

**EMC MORTGAGE CORPORATION**                                   SECTION: I/1
*Successor to United Companies Lending Finance*
*Corp. aks UC Lending*

ORDER AND REASONS

Before the Court is plaintiff's motion for summary judgment.[1]

Having reviewed plaintiff's motion and the arguments presented therein, the Court finds that plaintiff has failed to carry her initial burden of identifying those portions of the record that demonstrate the absence of a genuine issue of material fact. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 323, 106 S. Ct. 2548, 2553, 91 L. Ed. 2d 266, 274 (1986); *see also* Fed. R. Civ. P. 56(c).[2]

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED**.

New Orleans, Louisiana, August 26, 2008.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 16.

[2] The text of Fed. R. Civ. P. 56 reads:

The motion must be served at least 10 days before the day set for the hearing.  An opposing party may serve opposing affidavits before the hearing day.  The judgment sought should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law.